## UNITED STATES DISTRICT COURT
## DISTRICT OF MINNESOTA

---

| | |
|---|---|
| Melissa Hansen, | Civil No. 11-2361 (RHK/LIB) |
| Plaintiff, | **ORDER** |
| vs. | |
| Law Offices of Richard D. Seierstad, | |
| Defendant. | |

---

This matter is venued in the Sixth Division.

All proceedings before the undersigned (motions, trial, etc.) will be held in the United States Courthouse in Fergus Falls, Minnesota, unless otherwise directed by the Court.

Dated: August 18, 2011

s/Richard H. Kyle<br>
RICHARD H. KYLE<br>
United States District Judge