## UNITED STATES DISTRICT COURT
## DISTRICT OF MINNESOTA

---

| | |
|---|---|
| Melissa Hansen, | Civil No. 11-2361 (**RHK/LIB**) |
| Plaintiff, | **ORDER** |
| v. | |
| Law Offices of Richard D. Seierstad, | |
| Defendant. | |

---

Pursuant to Notice of Dismissal With Prejudice filed by Plaintiff (Doc. No. 4), **IT IS ORDERED** that the above-captioned matter is **DISMISSED WITH PREJUDICE**, on its merits, and without further costs to Plaintiff and her attorneys.

**LET JUDGMENT BE ENTERED ACCORDINGLY.**

Dated: September 29, 2011

s/Richard H. Kyle
RICHARD H. KYLE
United States District Judge
